| | |
|---|---|
| 1 | CHRISTIAN J. MARTINEZ (CA State Bar No. 215360) |
|   | 2500 Dean Lesher Drive, Suite A |
| 2 | Concord, CA 94520 |
|   | Telephone: (925) 689-1200 |
| 3 | Facsimile: (925) 689-1263 |
|   | cmartinez@copypro.com |
| 4 | |
|   | RICHARD ESTY PETERSON (CA State Bar No. 41013) |
| 5 | 1905-D Palmetto Avenue |
|   | Pacifica, CA 94044 |
| 6 | Telephone: (650) 557-5708 |
|   | Facsimile: (650) 557-5716 |
| 7 | sfreptile@mac.com |
| 8 | Attorneys for Plaintiff |
|   | WORDTECH SYSTEMS, INC. |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., | Case No.: C-08-04027 MHP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON RE RESPONSE TO FIRST AMENDED COMPLAINT** |
| MICROTECH SYSTEMS, INC., a California corporation, CORWIN NICHOLS, AT EASE COMPUTING, INC., BROWARD MICROFILM, INC., BUSINESS TEK, INC., CRANEL, INC. d/b/a CRANEL IMAGING, ELECTRIC PICTURE COMPANY, INC., d/b/a TAPEONLINE, GRA PACKAGING SERVICES OF ROCHESTER, INC d/b/a SPINERGY, MASTER RECORDING SUPPLY, INC., PROACTION NETWORK, LLC., d/b/a PROACTION MEDIA, RESOURCE DATA PRODUCTS INC., SAS-WEBTRONICS, STORAGE HEAVEN, TERA-STORAGE SOLUTION, INC., THE TAPE COMPANY LLC and DOES 1-15, | **JUDGE: HON. MARILYN HALL PATEL** <br> **TRIAL DATE: NONE** |
| Defendants. | |

//

//

1  WHEREAS many of the defendants have been alleged by Microtech's Counsel to be outside of
2  the personal jurisdiction of this Court;
3  WHEREAS the case management conference is currently set for Monday, February 9, 2009;
4  THEREFORE, THE PARTIES HEREBY STIPULATE that in order for the parties to
5  determine the jurisdictional status of many of the defendants, their response(s) to the First Amended
6  Complaint may be filed on or before January 16, 2009.

s/ *Christian J. Martinez* /s
Christian J. Martinez
Attorney for Plaintiff

s/ *Val D. Hornstein* /s
Val D. Hornstein
Attorney for Defendants, Microtech Systems,
Corwin Nichols and yet to be determined other
defendants

GOOD CAUSE EXISTS AND IT IS HEREBY ORDERED THAT Defendants' response to the
First Amended Complaint may be filed on or before January 16, 2009.

IT IS SO ORDERED.

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA