| | |
|---|---|
| 1 | VAL S. HORNSTEIN (CA SBN 133726) |
|   | Val@HornsteinLaw.com |
| 2 | MICHAEL G. WAUGHTEL (CA SBN 95556) |
|   | MWaughtel@HornsteinLaw.com |
| 3 | HORNSTEIN LAW OFFICES, PROF. CORP. |
|   | 20 California Street, 7th Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone:  415-454-1490 |
| 5 | Facsimile:   415-616-7000 |
| 6 | Attorneys for Defendants |
| 7 | CHRISTIAN J. MARTINEZ (CA SBN 215360) |
|   | 2500 Dean Lesher Drive, Suite A |
| 8 | Concord, CA 94520 |
|   | Telephone: (925) 689-1200 |
| 9 | Facsimile: (925) 689-1263 |
|   | cmartinez@copypro.com |
| 10 | |
|   | Attorneys for Plaintiff |
| 11 | WORDTECH SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS, INC., | Case No. CV 08-04027-MHP |
| Plaintiff, | **STIPULATION AND ORDER THEREON RE MODIFICATION OF COURT'S FEBRUARY 9, 2009 CIVIL MINUTES ORDER** |
| vs. | |
| MICROTECH SYSTEMS, INC., CORWIN NICHOLS, CRANEL INC., DISCOUNT MEDIA PRODUCTS LLC dba THE TAPE COMPANY, MASTER RECORDING SUPPLY INC. and DOES 1 - 50 | **JUDGE: HON. MARILYN HALL PATEL** |
| | **TRIAL DATE:  NONE** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

STIPULATION AND ORDER RE MODIFICATON OF COURT'S 2/9/09 CIV. MINUTES ORDER (C-08-04027 MHP)

1  WHEREAS the Court's February 9, 2009 Civil Minutes Order (the "Order") states in pertinent
2  part as follows:
3  "Plaintiff to provide brief statement to defendant re: invalidity discovery by 3/19/19";
4  and
5  "[The parties' joint] Discovery Plan/Briefing/Motion Schedule to be submitted [to the
6  Court] by 3/16/09".
7  WHEREAS the above dates appear to have been mistakenly reversed;
8  THEREFORE, THE PARTIES HEREBY STIPULATE that the Order shall be modified to read in
9  pertinent part as follows:
10  "Plaintiff to provide brief statement to defendant re: invalidity discovery by 3/16/19";
11  and
12  "The parties' joint Discovery Plan/Briefing/Motion Schedule to be submitted to the
13  Court by 3/23/09".

s/ *Val D. Hornstein* /s
Val D. Hornstein
Attorney for Defendants


s/ *Christian J. Martinez* /s
Christian J. Martinez
Attorney for Plaintiff




22  GOOD CAUSE EXISTS AND IT IS HEREBY ORDERED THAT the Court's February 9, 2009
23  Civil Minutes Order be modified as set forth hereinabove.

25  IT IS SO ORDERED.

26  Dated:   3/12/09

IT IS SO ORDERED
Judge Marilyn H. Patel