1   CHRISTIAN J. MARTINEZ (SBN 215,360)
        E-mail:  CMartinez@CopyPro.com
2   2500 Dean Lesher Drive, Suite A
    Concord, CA 94520
3   Tel:  925-689-1200
    Facsimile:  925-689-1263
4       Attorney for Plaintiff Wordtech Systems Inc.

5
    VAL D. HORNSTEIN (SBN 133726)
6       E-mail: Val@HornsteinLaw.com
    MICHAEL G. WAUGHTEL (SBN 95556)
7       E-mail: MWaughtel@HornsteinLaw.com
8   **HORNSTEIN LAW OFFICES, Prof. Corp.**
    20 California Street, 7th Floor
9   San Francisco, CA 94111
    Tele:          (415) 454-1490
10  Facsimile:    (415) 616-7000
11      Attorneys for Defendants and counterclaimants
        Microtech Systems Inc., Corwin Nichols,
12      Cranel Inc., Discount Media Products LLC, and
        Master Recording Supply Inc.
13

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16  WORDTECH SYSTEMS, INC.,                    Case No. 08-04027-MHP

17              Plaintiff,

                vs.                            **STIPULATION AND** ~~**[PROPOSED]**~~
18                                             **ORDER RE DISCOVERY &**
    MICROTECH SYSTEMS, INC., a California      **SCHEDULING RE  PATENT**
19  corporation, CORWIN NICHOLS, an            **INVALIDITY /UNENFORCEBILITY**
    individual, CRANEL, INC. dba CRANEL        **\* AS AMENDED BY COURT**
20  IMAGING, DISCOUNT MEDIA PRODUCTS
21  LLC dba THE TAPE COMPANY LLC,
    MASTER RECORDING SUPPLY INC.               Judge:       Hon. Marilyn H. Patel
22  and DOES l-50,                             Trial Date:   None Set

23              Defendants.

24  AND RELATED CROSS-CLAIMS
    _____/
25

26          Per the Court's February 9, 2009 Civil Minutes Order as modified by the Court's March

27  12, 2009 Order, Plaintiff Wordtech Systems Inc. and Defendants and Cross-Claimants Microtech

28  Systems Inc., Corwin Nichols, Cranel Inc., Discount Media Products LLC, and Master

_DISCOVERY & SCHEDULING ORDER RE INVALIDITY/UNENFORCEABILITY  (08-04027-MHP)_
_page 1_

Recording Supply Inc. (collectively, "Responding Defendants") hereby submit their proposed joint Discovery & Scheduling Order re the issues of the invalidity and/or unenforceability of plaintiff's  United States letters patent Nos. 6,141,298, 6,532,198, 6,833,932 and 7,145,841 (the "Patents in Suit").

1.      CLAIM CONSTRUCTION SCHEDULING.

A.      Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (PLR 3-1) to be completed by May 6, 2009;

B.      Defendants' Invalidity Contentions (PLR 3-3) to be completed by June 22, 2009;

C.      Defendant's Advice of Counsel Disclosures (PLR 3-7) to be completed by June 29, 2009;

D.      Parties to exchange Proposed Terms for Construction (PLR 4-1) by July 9, 2009;

E.      Parties to exchange Preliminary Claim Constructions (PLR 4-2) by July 29, 2009;

F.      Joint Claim Construction and Prehearing Statement (PLR 4-3) to be filed by September 9, 2009;

G.      Claim Construction Discovery to be completed by October 13, 2009 (PLR 4-4);

H.      Plaintiff's Opening Claim Construction Brief (PLR 4-5(a)) to be filed by October 27, 2009.; Defendants' response shall be filed by November 10, 2009 (PLR 4-5(b)); Plaintiff's Reply shall be filed by November 17, 2009 (PLR 4-5(c));

**December 10, 2009 at 9:00 am**

I.      Claim Construction hearing shall be conducted on or after ~~December 7, 2009~~, subject to Court availability.

2.      DISCOVERY ON INVALIDITY AND UNENFORCEABILITY ISSUES.

A.      Responding Defendants will propound/take the following discovery:

i.      Written discovery to plaintiff, inventor(s) and various third-parties as follows:

a.      Interrogatories (1st set) by February 8, 2010;

b.       Requests for Admissions (1st set) by February 8, 2010;

c.      Document Inspection Demands (1st set) by February 8, 2010.

d.      Subsequent sets of written discovery TBD.

ii.      Depositions of plaintiff, inventor(s) and various third-parties depending on the responses to written discovery as follows:

a.      July – October, 2010;

B.      Plaintiff will propound/take the following discovery:

i.      Written Discovery as follows:

a.      Document Production (1st set) by February 8, 2010;

b.      Interrogatories (1st set) by February 8, 2010;

c.      Requests for Admissions  (1st set) by February 8, 2010;

d.      Subsequent sets of written discovery, TBD.

ii.      Depositions of Mr. Corwin Nichols; PMQ Employee(s) of Discount Media Products; PMQ Employee(s) of Master Recording Supply; PMQ  Employee(s) of Cranel, Inc.; Other third parties, TBD subject to further discovery.

a.      July - October, 2010.

3.      MOTIONS.

Responding Defendants' motion for summary judgment or summary adjudication and/or for a declaratory judgment that the Patents in Suit are invalid and/or unenforceable as follows:

A.      Hearing Date: March 14, 2011;  @ **2:00 p.m.**

B.      Responding Defendants' Opening Brief due February 10, 2011;

C.      Plaintiff's Opposition Brief due February 24, 2011;

D.      Responding Defendants' Reply Brief due February 31, 2011.

4.      <u>SETTLEMENT AND ADR</u>.

Parties will inform the Court Clerk and ADR Dept. after the invalidity/unenforceability phase of discovery is concluded and will conduct mediation with Atty. Lane prior to filing Defendant's subject motion.

Dated:  March 23, 2009

By:      s/Christian J. Martinez/s
CHRISTIAN J. MARTINEZ
Attorney for Plaintiff Wordtech Systems Inc.

Dated: March 23, 2009                    HORNSTEIN LAW OFFICES, Prof. Corp.

s/Val D. Hornstein/s
By:      VAL D. HORNSTEIN
Attorneys for Defendants and
counterclaimants Microtech Systems Inc., Corwin
Nichols, Cranel Inc., Discount Media Products
LLC, and Master Recording Supply Inc.

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA