CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)
2500 Dean Lesher Drive, Suite A
Concord, CA 94520
Telephone: (925) 689-1200
Facsimile: (925) 689-1263
cmartinez@copypro.com

RICHARD ESTY PETERSON (CA State Bar No. 41013)
1905-D Palmetto Avenue
Pacifica, CA 94044
Telephone: (650) 557-5708
Facsimile: (650) 557-5716
sfreptile@mac.com

Attorneys for Plaintiff
WORDTECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORDTECH SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROTECH SYSTEMS, INC., a California corporation, CORWIN NICHOLS, CRANEL, INC. MASTER RECORDING SUPPLY, INC., DISCOUNT MEDIA PRODUCTS LLC and DOES 1-15, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No.: C-08-04027 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE  [FRCP 41]** <br><br><br> **JUDGE: HON. MARILYN HALL PATEL** <br> **TRIAL DATE: NONE** |

    WHEREAS, Plaintiff Wordtech Systems, and Defendants/Counterclaimants Microtech Systems, Inc., Corwin Nichols, Cranel, Inc., Discount Media Products LLC, and Master Recording Supply Inc. (collectively, "Parties") have settled the above action;

//

1  WHEREAS, The Parties intend a settlement agreement to be the full and final resolution of all
2  claims and counterclaims in the above action;
3  THEREFORE, It is hereby stipulated that:
4  1. The above-entitled case shall be dismissed with prejudice as to all Parties and all claims
5  and counterclaims;
6  2. The settlement agreement, fully-executed on July 31, 2009, between the Parties is
7  incorporated in this Order as though fully set forth herein;
8  3. The Court shall retain jurisdiction to enforce the terms of the settlement agreement and
9  the settlement agreement shall be enforceable upon motion by any Party pursuant to California Code of
10 Civil Procedure Section 664.6 or similar applicable state or federal authority to enforce the settlement
11 agreement's terms; and
12 4. The parties shall bear their own costs, expenses, and attorneys' fees.

It is so stipulated:

s/ *Val D. Hornstein* /s     Dated:     August 10, 2009

Val D. Hornstein
Attorney for Defendants and Counter-
Claimants MICROTECH SYSTEMS, INC.,
CORWIN NICHOLS, CRANEL, INC.
MASTER RECORDING SUPPLY, INC.,
DISCOUNT MEDIA PRODUCTS LLC


s/ *Christian J. Martinez* /s     Dated:     August 10, 2009

Christian J. Martinez
Attorney for Plaintiff

IT IS SO ORDERED.


DATED: 8/11/2009

_____
HON. MARILYN HALL PATEL

[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Wordtech Systems Inc.

Stipulation And Order Of Dismissal     Wordtech v. Microtech et al. (CASE NO. C-08-04027-MHP) Page 2